■ JACQUELINE CURCIO et al., Respondents, v ROMAN CATHO-LIC DIOCESE OF ROCKVILLE CENTRE et al., Defendants and Third-Party Plaintiffs-Respondents. TOWN OF OYSTER BAY, Third-Party Defendant-Appellant. [775 NYS2d 551]—In an action to recover damages for personal injuries, etc., the third-party defendant appeals from an order of the Supreme Court, Nassau County (Jonas, J.), entered May 22, 2003, which denied its motion for summary judgment dismissing the complaint and the third-party complaint.

Ordered that the order is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs.

There are issues of fact requiring the denial of summary judgment. Santucci, J.P., Florio, Schmidt and Rivera, JJ., concur.

■ VINCENT D. P. DALY et al., Respondents, v JAMES MEISKIN et al., Defendants, and DOROTHY D. V. DAM, Appellant. [775 NYS2d 552]—In an action to partition real property, the defendant Dorothy Daly Van Dam appeals from an order of the Supreme Court, Suffolk County (Doyle, J.), dated December 6, 2002, which, upon the plaintiffs' motion for summary judgment and her cross motion for summary judgment, referred the matter to a referee to ascertain whether there was a creditor who was not a party "who has a lien on the undivided share or interest of any party."

Ordered that the appeal is dismissed, with one bill of costs to the respondents appearing separately and filing separate briefs.

The order of reference, which was to aid in the disposition of a motion and cross motion, did not decide the motion and cross motion and did not affect a substantial right (see CPLR 5701 [a] [2] [v]). Therefore, the order is not appealable as of right, and we decline to grant leave to appeal (see Security Natl. Servicing Corp. v Liebowitz, 281 AD2d 615 [2001]; Civic Assn. at Roslyn Country Club v Levitt & Sons, 143 AD2d 385 [1988]; Liebling v Yankwitt, 109 AD2d 780 [1985]; Astuto v New York Univ. Med. Ctr., 97 AD2d 805 [1983]; Bagdy v Progresso Foods Corp., 86 AD2d 589 [1982]). Ritter, J.P., H. Miller, Goldstein and Mastro, JJ., concur.